[No. 48523-7-I.   Division One.   April 29, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES CLARKE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-01412-7, Jeannette R. Burrage, J., entered September 22, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 48531-8-I.   Division One.   April 29, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. SENAI D. HANKERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-07112-1, Linda Lau, J., entered April 20, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 49031-1-I.   Division One.   April 29, 2002.]

MARY POSEY, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-14449-1, James A. Doerty, J., entered July 26, 2001. *Reversed* by unpublished opinion per Kennedy, J., concurred in by Becker, C.J., and Coleman, J.

[No. 49245-4-I.   Division One.   April 29, 2002.]

LOIS COOK, *Respondent*, v. ANGELA MATHIS, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Skagit County, No. 98-2-00344-1, John M. Meyer, J., entered September 12, 2001. *Reversed* by unpublished per curiam opinion.